IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
CHARLES PETERSON, d/b/a       *
Desert Sounds Records,        *
                              *
     Plaintiff,               *
                              *
     vs.                      *   CV 113-119
                              *
ERIC D. SMITH, d/b/a World    *
Records Productions and d/b/a *
Smidi Beats Market Records,   *
                              *
     Defendant.               *
```

**O R D E R**

Before the Court are Defendant's "pleas for a ruling on counterclaim CV 113-119." (Docs. nos. 57, 59 & 61.) For the reasons stated herein, Defendant's pleas, construed as motions, are **DENIED**.

On July 22, 2013, Plaintiff, proceeding pro se, filed a music copyright infringement action in this Court. Defendant, also proceeding pro se, brought a counterclaim alleging "unpaid production invoices totaling $36,700." (Id.) On September 18, 2014, the Court dismissed Plaintiff's claims. (Doc. no. 55.) Soon thereafter, Defendant filed motions for the Court to rule on his counterclaims. (Docs. nos. 57, 59 & 61.)

The Court had original jurisdiction over Plaintiff's

copyright infringement claims because those claims presented federal questions under 17 U.S.C. § 501. Jurisdiction over Defendant's state law counterclaims was proper under the doctrine of supplemental or pendant jurisdiction. See <u>Parker v. Scrap Metal Processors, Inc.</u>, 468 F.3d 733, 742 (11th Cir. 2006)(citing 28 U.S.C. § 1367). A district court may exercise supplemental jurisdiction over all state claims which arise out of a common nucleus of operative fact with a substantial federal claim. <u>Id.</u> However, a court has discretion to decline to exercise the supplemental jurisdiction that it has over certain state law claims when the court dismisses all claims over which it has original jurisdiction. <u>Id.</u>

Here, the Court dismissed Plaintiff's federal claims and declines to exercise jurisdiction over Defendant's related state law counterclaims. **IT IS THEREFORE ORDERED** that Defendant's motions (docs. nos. 57, 59 & 61) are **DENIED**. The Clerk is directed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this _13th_ day of January, 2015.

_____
Honorable J. Randal Hall
United States District Judge
Southern District of Georgia